■ In the Matter of MILTON BAKER, Appellant, v. HAROLD W. FOLLETTE, as Warden of Green Haven Prison, Respondent.— Judgment of the Supreme Court, Dutchess County, dated May 12, 1970, affirmed, without costs. (*Matter of Briguglio* v. *New York State Bd. of Parole*, 24 N Y 2d 21, 29; *People ex rel. Washington* v. *La Vallee*, 34 A D 2d 603.) Shapiro, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.

■ In the Matter of JAMES LIQUORS, INC., et al., Respondents, v. B.A.M. LIQUORS, INC., et al., Appellants.— Order of the Supreme Court, Westchester County, entered July 20, 1971, affirmed, without costs (see *Matter of Village of Pleasantville* v. *Lisa's Cocktail Lounge*, 37 A D 2d 848). The time within which answers to the petition may be served is extended until 20 days after entry of the order to be entered hereon. Rabin, P. J., Munder, Martuscello, Gulotta and Benjamin, JJ., concur.